## JOSE TOBAR VALLE
## BALANCE SHEET
## AS OF JULY 5, 2023

**Assets**
Cash & Equivalents……………………………..  $500.00
Other Current………………………………………  $14,140.00
Long Term…………………………………………….   $169,680.00

Total……………………………………………………….. $184,320.00

**Liabilities & Equity**
Current Liabilities……………………………………. $11,932.00
Long Term Liabilities………………………………..$143,184.00
Equity……………………………………………………….$29,204.00

Total…………………………………………………………..$184,320.00