# JOSE TOBAR VALLE
# BALANCE SHEET
# AS OF JULY 5, 2023

**Assets**
Cash & Equivalents................................. $500.00
Other Current........................................... $14,140.00
Long Term................................................ $169,680.00

Total......................................................... $184,320.00

**Liabilities & Equity**
Current Liabilities..................................... $11,932.00
Long Term Liabilities................................ $143,184.00
Equity....................................................... $29,204.00

Total......................................................... $184,320.00

**Form 1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2022** OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.

**Filing Status** [X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

Check only one box.  If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

Your first name and middle initial: **JOSE A**  Last name: **TOBAR**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:  Last name:
Spouse's social security number:

Home address (number and street): **39 CONDIT TERRACE**  Apt. no.:
City, town, or post office: **WEST ORANGE**  State: **NJ**  ZIP code: **07052**

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

**Digital Assets**: At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction** — Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1958  [ ] Are blind  Spouse: [ ] Was born before January 2, 1958  [ ] Is blind

**Dependents** (see instructions): (none listed)

**Income**

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 | |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income | |
| 1i | Nontaxable combat pay election | |
| 1z | Add lines 1a through 1h | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | If you elect to use the lump-sum election method, check here | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | |
| 8 | Other income from Schedule 1, line 10 | 37,867. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 37,867. |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 37,867. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12,950. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 12,950. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 24,917. |

Standard Deduction for —
• Single or Married filing separately, $12,950
• Married filing jointly or Qualifying surviving spouse, $25,900
• Head of household, $19,400
• If you checked any box under *Standard Deduction*, see instructions.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  FDIA0112L 01/11/23  Form 1040 (2022)

Form 1040 (2022)  JOSE A TOBAR  Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 2,786. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 2,786. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | 0. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 2,786. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 2,786. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 ....... 25a | | |
| | b | Form(s) 1099 ...... 25b | | |
| | c | Other forms (see instructions) ... 25c | | |
| | d | Add lines 25a through 25c | 25d | |
| | 26 | 2022 estimated tax payments and amount applied from 2021 return | 26 | |
| | 27 | Earned income credit (EIC) .... 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 ... 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 ... 29 | | |
| | 30 | Reserved for future use .... 30 | | |
| | 31 | Amount from Schedule 3, line 15 ... 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 0. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | |
| | b | Routing number ....... c Type: ☐ Checking ☐ Savings | | |
| | d | Account number ....... | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** .. 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to www.irs.gov/Payments or see instructions | 37 | 2,786. |
| | 38 | Estimated tax penalty (see instructions) ... 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ...........  ☒ **Yes.** Complete below.  ☐ No

Designee's name: RICKY LEVANT CPA   Phone no. 201-816-3535   Personal identification number (PIN): 55645

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: CONSTRUCTION | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no. 973-809-0691   Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| RICKY LEVANT CPA | RICKY LEVANT CPA | | P00259533 | ☐ Self-employed |

Firm's name: R.B. LEVANT, PA   Phone no. (201) 816-3535
Firm's address: 580 SYLVAN AVENUE, SUITE 1-A  ENGLEWOOD CLIFFS, NJ 07632   Firm's EIN: 45-0513132

Go to www.irs.gov/Form1040 for instructions and the latest information.   Form **1040** (2022)

FDIA0112L  08/03/22

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2022**<br>Attachment Sequence No. 01 |

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: JOSE A TOBAR

Your social security number: [redacted]

### Part I  Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes. | 1 | |
| 2a | Alimony received. | 2a | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C. | 3 | |
| 4 | Other gains or (losses). Attach Form 4797. | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 5 | 37,867. |
| 6 | Farm income or (loss). Attach Schedule F. | 6 | |
| 7 | Unemployment compensation. | 7 | |
| 8 | Other income: | | |
| a | Net operating loss. | 8a | ( ) |
| b | Gambling. | 8b | |
| c | Cancellation of debt. | 8c | |
| d | Foreign earned income exclusion from Form 2555. | 8d | ( ) |
| e | Income from Form 8853. | 8e | |
| f | Income from Form 8889. | 8f | |
| g | Alaska Permanent Fund dividends. | 8g | |
| h | Jury duty pay. | 8h | |
| i | Prizes and awards. | 8i | |
| j | Activity not engaged in for profit income. | 8j | |
| k | Stock options. | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property. | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions). | 8m | |
| n | Section 951(a) inclusion (see instructions). | 8n | |
| o | Section 951A(a) inclusion (see instructions). | 8o | |
| p | Section 461(l) excess business loss adjustment. | 8p | |
| q | Taxable distributions from an ABLE account (see instructions). | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2. | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d. | 8s | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan. | 8t | |
| u | Wages earned while incarcerated. | 8u | |
| z | Other income. List type and amount: | 8z | |
| 9 | Total other income. Add lines 8a through 8z. | 9 | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8. | 10 | 37,867. |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.    FDIA0103L  07/29/22    Schedule 1 (Form 1040) 2022

Schedule 1 (Form 1040) 2022   JOSE A TOBAR                                                                                Page **2**

| Part II | Adjustments to Income |

| # | Description | | Amount |
|---|---|---|---|
| 11 | Educator expenses | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 | |
| 17 | Self-employed health insurance deduction | 17 | |
| 18 | Penalty on early withdrawal of savings | 18 | |
| 19a | Alimony paid | 19a | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | 20 | |
| 21 | Student loan interest deduction | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Archer MSA deduction | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1(Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a | 26 | 0. |

Schedule 1 (Form 1040) 2022

FDIA0103L  07/29/22

# SCHEDULE E
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
Go to *www.irs.gov/ScheduleE* for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment Sequence No. **13**

Name(s) shown on return: JOSE A TOBAR

Your social security number: [redacted]

### Part I — Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions. ............ ☐ Yes  ☒ No
**B** If "Yes," did you or will you file required Form(s) 1099? ............................................................. ☐ Yes  ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| A | 45 LLEWELLYN AVENUE, WEST ORANGE, NJ 07052 |
| B | 58 LLEWELLYN AVENUE, WEST ORANGE, NJ 07052 |
| C | 39 CONDIT TERRACE, WEST ORANGE, NJ 07052 |

| 1b Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A | 2 | A | 365 | | |
| B | 2 | B | 365 | | |
| C | 2 | C | 365 | | |

**Type of Property:**
1  Single Family Residence    3  Vacation/Short-Term Rental    5  Land    7  Self-Rental
2  Multi-Family Residence     4  Commercial                    6  Royalties  8  Other (describe) _____

| | | Properties: | | |
|---|---|---|---|---|
| | | **A** | **B** | **C** |
| **Income:** | | | | |
| 3  Rents received | 3 | 40,200. | 45,210. | 19,200. |
| 4  Royalties received | 4 | | | |
| **Expenses:** | | | | |
| 5  Advertising | 5 | | | |
| 6  Auto and travel (see instructions) | 6 | | | |
| 7  Cleaning and maintenance | 7 | | | |
| 8  Commissions | 8 | | | |
| 9  Insurance | 9 | | | |
| 10 Legal and other professional fees | 10 | | | |
| 11 Management fees | 11 | | | |
| 12 Mortgage interest paid to banks, etc. (see instructions) | 12 | 3,852. | 6,760. | 6,200. |
| 13 Other interest | 13 | | | |
| 14 Repairs | 14 | 5,000. | 13,000. | 5,000. |
| 15 Supplies | 15 | | | |
| 16 Taxes | 16 | 2,805. | 5,366. | 3,445. |
| 17 Utilities | 17 | 2,445. | 2,164. | 5,270. |
| 18 Depreciation expense or depletion | 18 | | 7,201. | 7,947. |
| 19 Other (list) _____ | 19 | | | |
| 20 Total expenses. Add lines 5 through 19 | 20 | 14,102. | 34,491. | 27,862. |
| 21 Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | 26,098. | 10,719. | -8,662. |
| 22 Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( ) | ( ) | ( 8,662.) |

| | | |
|---|---|---|
| 23a Total of all amounts reported on line 3 for all rental properties | 23a | 139,110. |
| b Total of all amounts reported on line 4 for all royalty properties | 23b | |
| c Total of all amounts reported on line 12 for all properties | 23c | 23,249. |
| d Total of all amounts reported on line 18 for all properties | 23d | 20,238. |
| e Total of all amounts reported on line 20 for all properties | 23e | 101,243. |
| 24 **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | 46,529. |
| 25 **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( 8,662.) |
| 26 **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 37,867. |

BAA  For Paperwork Reduction Act Notice, see the separate instructions.         Schedule E (Form 1040) 2022

FDIZ2301L  07/26/22

# SCHEDULE E
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
Go to *www.irs.gov/ScheduleE* for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment Sequence No. **13**

Name(s) shown on return: **JOSE A TOBAR**

Your social security number: [redacted]

### Part I — Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

A  Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions........ ☐ Yes  ☐ No
B  If "Yes," did you or will you file required Form(s) 1099?........................................................ ☐ Yes  ☐ No

**1a  Physical address of each property (street, city, state, ZIP code)**

A  472 GLEBE STREET, ORANGE, NJ 07050
B
C

| 1b Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A  2 | | A | 365 | | |
| B | | B | | | |
| C | | C | | | |

**Type of Property:**
1  Single Family Residence    3  Vacation/Short-Term Rental    5  Land    7  Self-Rental
2  Multi-Family Residence    4  Commercial    6  Royalties    8  Other (describe) _____

| | | Properties: | | |
|---|---|---|---|---|
| | | A | B | C |
| **Income:** | | | | |
| 3  Rents received | 3 | 34,500. | | |
| 4  Royalties received | 4 | | | |
| **Expenses:** | | | | |
| 5  Advertising | 5 | | | |
| 6  Auto and travel (see instructions) | 6 | | | |
| 7  Cleaning and maintenance | 7 | | | |
| 8  Commissions | 8 | | | |
| 9  Insurance | 9 | | | |
| 10  Legal and other professional fees | 10 | | | |
| 11  Management fees | 11 | | | |
| 12  Mortgage interest paid to banks, etc. (see instructions) | 12 | 6,437. | | |
| 13  Other interest | 13 | | | |
| 14  Repairs | 14 | 5,000. | | |
| 15  Supplies | 15 | | | |
| 16  Taxes | 16 | 1,305. | | |
| 17  Utilities | 17 | 6,956. | | |
| 18  Depreciation expense or depletion | 18 | 5,090. | | |
| 19  Other (list) _____ | 19 | | | |
| 20  Total expenses. Add lines 5 through 19 | 20 | 24,788. | | |
| 21  Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 | 21 | 9,712. | | |
| 22  Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | 22 | ( ) | ( ) | ( ) |

23a  Total of all amounts reported on line 3 for all rental properties........... **23a**
  b  Total of all amounts reported on line 4 for all royalty properties........... **23b**
  c  Total of all amounts reported on line 12 for all properties................. **23c**
  d  Total of all amounts reported on line 18 for all properties................. **23d**
  e  Total of all amounts reported on line 20 for all properties................. **23e**
24  Income. Add positive amounts shown on line 21. **Do not** include any losses........... **24**
25  Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here... **25** ( )
26  Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2........... **26**

BAA  For Paperwork Reduction Act Notice, see the separate instructions.    Schedule E (Form 1040) 2022

FDIZ2301L  07/26/22

# JOSE TOBAR VALLE
# Cash Flow Statement
# AS OF JULY 5, 2023

## Cash Flow from Operating Activities

Net Earnings             $14,140.00
Depreciation
Decrease in Accounts receivable
Increase in Accounts Payable
Increase in Taxes payable
Increase in Inventory

Net Cash from Operations      $14,140.00

## Cash Flow From Investing

## Equipment

## Cash Flow from Financing

## Notes Payable

## Cash Flow for Financial Year to 7/5/23   $14,140.00

# JOSE TOBAR VALLE
## Statement of Operations
### AS OF JULY 5, 2023

| | |
|---|---:|
| Total Revenue | $14,140.00 |
| Costs of Good Sold | $0.00 |
| **Gross Profits** | **$14,140.00** |
| | |
| **Operating Expenses** | |
| Mortgage payments | ($10,977.00) |
| Other Expenses | ($955.00) |
| Total Operating Expenses | (11,932.00) |
| | |
| Operating Profit | $2,208.00 |
| | |
| Net Income | $2,208.00 |