UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                        CASE NO.: 23-15001

**Jose Tobar Valle,**
   **Debtor.**

                                                                                                 CHAPTER 11

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Authorized Agent for Secured Creditor
                                              130 Clinton Rd #202
                                              Fairfield, NJ 07004
                                              Telephone: 470-321-7112

                                              By: /s/Kenneth Borger
                                                  Kenneth Borger
                                                  Email: kborger@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSE TOBAR VALLE
39 CONDIT TERRACE
WEST ORANGE, NJ 07052

And via electronic mail to:

MARTONE & ASSOCIATES
2500 LEMOINE AVE
FORT LEE, NJ 07024

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Kenneth J. Borger
Kenneth J. Borger, Esq.
Email: kborger@raslg.com