UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Christopher S. Martone, ESQ.<br>Martone & Associates, LLC<br>2500 Lemoine Avenue<br>Fort Lee, New Jersey 07024<br>Tel. 201-944-5004<br>Fax 201-334-5838<br>Email: martonelaw@gmail.com<br>Attorneys for Jose Tobar Valle | Case Number: 23-15001-VFP<br><br>Judge: Vincent F. Papalia<br><br>Chapter 13 |

In Re:
Jose Tobar Valle

_____

**NOTICE OF 341 HEARING**

The meeting is scheduled for a telephonic meeting for **Wednesday, August 16, 2023, at 11:00 a.m.** The call in instructions is:

Dial-in number:
(605) 313-5894

Access code: 2771179
Press the # sign after entering your access code.

| | |
|---|---|
| Dated: July 28, 2023 | /s/ Christopher S. Martone<br>Christopher S. Martone, ESQ.<br>Martone & Associates, LLC<br>2500 Lemoine Avenue<br>Fort Lee, New Jersey 07024<br>Tel. 201-944-5004<br>Fax 201-353-3582<br>Email: martonelaw@gmail.com |

1