UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorneys for Jose Tobar Valle

Case Number: 23-15001-VFP

Judge: Vincent F. Papalia

Chapter 13

In Re:
Jose Tobar Valle

_____

# NOTICE OF 341 HEARING

The meeting is scheduled for a telephonic meeting for **Wednesday, August 16, 2023, at 2:00 p.m.** The call in instructions is:

Dial-in number:
(605) 313-5894

Access code: 2771179
Press the # sign after entering your access code.

Dated: July 28, 2023

/s/ Christopher S. Martone
Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-353-3582
Email: martonelaw@gmail.com

1