**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

<small>CAPTION IS IN COMPLIANCE WITH **D.N.J. LBR 9004-1(B)**</small>
**MCELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
Virginia T. Shea, Esq.
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
Telephone: (201) 493-3709
Facsimile: (973) 425-0161
vshea@mdmc-law.com
*Counsel to Selective Insurance Company of America*

In re:

JOSE TOBAR VALLE,

Debtor.

Chapter 13

Case No.: 23-15001-VFP

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the attorney listed below of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears as counsel for Selective Insurance Company of America ("Selective") in the above-referenced matter, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this chapter 13 case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the following address:

> Virginia T. Shea, Esq.
> **MCELROY, DEUTSCH, MULVANEY &**
> **CARPENTER, LLP**
> 1300 Mt. Kemble Avenue
> P.O. Box 2075
> Morristown, NJ  07962-2075
> Telephone: (201) 493-3709
> vshea@mdmc-law.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

service of copies of all papers, including but not limited to, reports, pleadings, motions, applications, petitions, schedules, complaints, demands, statements of financial affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise (or circulated drafts of any of the foregoing), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the above address.

**PLEASE TAKE FURTHER NOTICE** in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that Selective does not intend for this Notice of Appearance and Request for Notices and Service, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Bureau may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Selective expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Selective Insurance Company of America for such purpose.

| | |
|---|---|
| Dated: August 2, 2023 | Respectfully submitted,<br><br>**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br><br>*/s/ Virginia T. Shea*<br>Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>Telephone: (201) 493-3709<br>Facsimile: (973) 425-0161<br>E-mail: vshea@mdmc-law.com<br><br>*Counsel for Selective Insurance Company of America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023 the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was filed and served electronically through the Court's CM/ECF system.

                                          MCELROY, DEUTSCH, MULVANEY
                                           &amp; CARPENTER, LLP

                                           */s/ Virginia T. Shea*
                                           Virginia T. Shea