

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

One Newark Center, Suite 2100     (973) 645-3014 Telephone
Newark, New Jersey 07102          (973) 645-5993 Facsimile

August 2, 2023

Subject:     In re Jose Tobar Valle
             Case No.: 23-15001(VFP)

**Notice Confirming Rescheduled Telephonic Meeting of Creditors for August 16, 2023, at 2:00 p.m.**

Please be advised that the 341(a) Meeting of Creditors in the above-captioned matter has been rescheduled by the Office of the U.S. Trustee for a telephonic meeting for Wednesday, August 16, 2023, at 2:00 p.m.  **Please disregard the notice on the docket scheduling the meeting for August 16, 2023, at 11:00 a.m.**

The call-in instructions which were posted on the docket by debtor's counsel at ECF Docket No. 27 are as follows:

Dial-in number: (605) 313-5894.

Access code: 2771179.

Press the # sign after entering your access code.


Very truly yours,

Michael A. Artis
Trial Attorney
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102
E-mail: michael.a.artis@usdoj.gov
Work Cell: (202) 384-8620