| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br><br>TESSER & COHEN<br>946 Main Street<br>Hackensack, New Jersey 07601<br>(201) 343-1100<br>Lee M. Tesser, Esq.<br>Danielle Cohen, Esq.<br>*Attorneys for Campbell Foundry Company* | |
| IN RE:<br><br>Jose Tobar Valle<br><br>       Debtor(s) | Case No.:  23-15001-VFP<br><br>Chapter:  11<br><br>Judge:  Vincent F. Papalia |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CAMPBELL FOUNDRY COMPANY. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

  Danielle Cohen, Esq.
  Lee M. Tesser, Esq.
  TESSER & COHEN
  946 Main Street
  Hackensack, New Jersey 07601
  (201) 343-1100
  dcohen@tessercohen.com
  ltesser@tessercohen.com

  DOCUMENTS:
  ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
  ☒ All documents and pleadings of any nature.

  PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

      PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Campbell Foundry Company (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Campbell Foundry Company is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date: August 7, 2023　　　　　　　　TESSER & COHEN
　　　　　　　　　　　　　　　　　　Attorneys for Campbell Foundry Company

　　　　　　　　　　　　　　　By:　　/s/ Danielle Cohen_____
　　　　　　　　　　　　　　　　　　　Danielle Cohen, Esq.