| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>(201) 845-1000<br>Attorneys for Jose Tobar-Valle<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |

| | |
|---|---|
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-15001 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Erin J. Kennedy will be substituted as attorney of record for Jose Tobar-Valle, the Debtor in this case.

Dated: September 15, 2023         */s/ Christopher S. Martone*
                                  Christopher S. Martone, Esq.
                                  Former Attorney


Dated: September 15, 2023         */s/ Erin J. Kennedy*
                                  Erin J. Kennedy, Esq.
                                  Substituted Attorney

F0199720 - 1