B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re **Jose Tobar-Valle**                                                                 Case No. **23-15001**
                                   Debtor(s)                                                Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **TBD** |
   | Prior to the filing of this statement I have received | $ **25,000.00** |
   | Balance Due | $ **TBD** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Debtor's children, Vanessa Tobar and Charles Tobar**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify):    **Debtor as feasible or Debtor's children, Vanessa Tobar and Charles Tobar**

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **(a) Advising the Debtor with respect to its powers and duties in the continued management and operation of its business as debtor-in-possession, including the rights and remedies of the Debtor with respect to its assets and claims and with respect to the claims of creditors.
   (b) Advising the Debtor with respect to preparing and obtaining approval of its Disclosure Statement and Plan.
   (c) Preparing on behalf of the Debtor, as debtor-in-possession, necessary applications, motions, complaints, answers, orders, reports and other pleadings and documents.
   (d) Appearing before this Court and other officials and tribunals, if necessary, and protecting the interests of the Debtor in federal, state and foreign jurisdictions and administrative proceedings.
   (e) Negotiating and preparing documents relating to the liquidation and disposition of assets, as requested by the Debtor.
   (f) Advising the Debtor concerning the day-to-day operations of its business in conjunction with the administration of his estate as debtor-in-possession.
   (g) Performing such other legal services for the Debtor, as debtor-in-possession, as may be necessary and appropriate herein.
   (h) Provide general guidance in connection with the proceeding.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **(a) Representation of your interests if the case is converted to a Chapter 7 case.**

In re  **Jose Tobar-Valle**  Case No. **23-15001**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 11, 2023 | /s/ Erin J. Kennedy |
| *Date* | **Erin J. Kennedy** |
| | *Signature of Attorney* |
| | **Forman Holt** |
| | **365 Passaic Street, Suite 400** |
| | **Rochelle Park, NJ 07662** |
| | **(201) 845-1000** |
| | *Name of law firm* |