Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  23−15001−VFP
           Chapter:  11
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tobar Valle
      dba Abraham General Construction, LLC
      39 Condit Terrace
      West Orange, NJ 07052

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:
   35−2475648

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

     The Court having noted that the debtor filed an Amendment to Schedule D, E/F,H on 11/03/2023 or to the List of Creditors on , and for good cause shown, it is

     ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

     It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 11 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
         and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

     It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

     It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
      the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
      whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: November 6, 2023
JAN: dlr

                                Vincent F. Papalia
                                United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15001-VFP
Jose Tobar Valle  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: oresadoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:

**Name**      **Email Address**

Danielle Cohen
     on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com jgalano@tessercohen.com

Denise E. Carlon
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | |
|---|---|
| Erin Kennedy | on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com |
| Kenneth Borger, Jr | on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor First Bank rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;kcollins@slgcollect.com |
| Steven Eisenberg | on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com |

TOTAL: 11