Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−15001−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tobar Valle
   dba Abraham General Construction, LLC
   39 Condit Terrace
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:
   35−2475648

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Rebecca K. McDowell on behalf of First Bank.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion or in the alternative, Motion to Dismiss before the Honorable Vincent F. Papalia on:

Date:              December 12, 2023
Time:                     10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102


Dated: November 17, 2023
JAN:

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15001-VFP
Jose Tobar Valle  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Nov 17, 2023  Form ID: 169  Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 519940355 | + | Bank of the West, C/O Chiesa Shahinan & Giantomasi, PC, One Boland Drive, West Orange, NJ 07052-3686 |
| 519940359 | + | CIT Bank, C/O Law Offices of Gregory Shields, LLC, 505 S. Lenola Road, Suite 226, Moorestown, NJ 08057-1549 |
| 519940357 | + | Campbell Foundry Company, 800 Bergen Street, Harrison, NJ 07029-2034 |
| 519940358 | + | Campbell Foundry Company, C/O Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 519940360 | + | First Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 520073067 | + | Greg Trif, Esq., O'Toole Scrivo LLC, 14 Village Park Road, Cedar Grove, NJ 07009-1246 |
| 520073069 | + | NGM Insurance Company, 4601 Touchton Road East, Jacksonville, FL 32246-4486 |
| 519980861 | + | Selective Insurance Company of America, c/o McElroy Deutsch, Attn: Adam Schwartz, Esq., 1300 Mt. Kemble Ave., PO Box 2075, Morristown, NJ 07962-2075 |
| 519940364 | + | State of New Jersey, Department of Labor & Worksforce Devvelo, P.O. Box 389, Trenton, NJ 08625-0389 |
| 520073071 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2023 20:28:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2023 20:34:43 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Nov 17 2023 20:28:00 | Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego,, CA 92108-1619 |
| cr | ^ | MEBN | Nov 17 2023 20:26:15 | Caliber Home Loans, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Nov 17 2023 20:28:00 | First Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | LakeView Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 17 2023 20:33:14 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519947862 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 23-15001-VFP    Doc 56    Filed 11/19/23    Entered 11/20/23 00:19:24    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 169 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| | | Nov 17 2023 20:34:23 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519981382 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2023 20:48:07 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519974642 | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 20:34:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519956007 | + Email/Text: bkfilings@zwickerpc.com | Nov 17 2023 20:29:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519950897 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 17 2023 20:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519977038 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 17 2023 20:29:00 | Caliber Home Loans, Inc, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519940356 | + Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | Calibert Home Loans, C/O RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519984012 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 17 2023 20:28:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519980872 | Email/Text: BKEBN-Notifications@ocwen.com | Nov 17 2023 20:27:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519953127 | + Email/Text: rmcdowell@slgcollect.com | Nov 17 2023 20:28:00 | First Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519967852 | + Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519989564 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 17 2023 20:28:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519940361 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 17 2023 20:28:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520073068 | ^ MEBN | Nov 17 2023 20:24:39 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520082262 | + Email/Text: mtgbk@shellpointmtg.com | Nov 17 2023 20:28:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520082263 | + Email/Text: mtgbk@shellpointmtg.com | Nov 17 2023 20:28:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519940362 | Email/Text: BKEBN-Notifications@ocwen.com | Nov 17 2023 20:27:00 | PHH Mortgage, P.O. Box 5452, Mount Laurel, NJ 08054-5452 |
| 519948140 | + Email/Text: ecfbnc@aldridgepite.com | Nov 17 2023 20:28:00 | PHH Mortgage Corporation, c/o Todd S. Garan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519951872 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2023 20:29:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519940363 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 17 2023 20:28:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, Colorado |

Case 23-15001-VFP    Doc 56    Filed 11/19/23    Entered 11/20/23 00:19:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 169 | Total Noticed: 45 |

| 520073070 | + Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2023 20:29:00 | 80129-2386<br>United States Attorney, Peter Rodino Federal Building, 970 Broad street, Suite 700, Newark, NJ 07102-2527 |
| 519988971 | + Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 20:47:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519978073 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 17 2023 20:33:44 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519940365 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 17 2023 20:34:42 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519943834 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

**Name**          **Email Address**

Danielle Cohen
     on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com jgalano@tessercohen.com

Denise E. Carlon
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Erin Kennedy
     on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com

Kenneth Borger, Jr
     on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com

Matthew K. Fissel
     on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
     on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell
     on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 17, 2023 | Form ID: 169 | Total Noticed: 45 |

Robert L. Saldutti
    on behalf of Creditor First Bank rsaldutti@saldutticollect.com  lmarciano@saldutticollect.com;kcollins@slgcollect.com

Steven Eisenberg
    on behalf of Creditor Caliber Home Loans  Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com  gbressler@mdmc-law.com

TOTAL: 11