| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                    Debtor. | Case No.: 23-15001 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia |

## ADJOURNMENT REQUEST

1. I, <u>Erin J. Kennedy</u>,

   ☒ am the attorney for: <u>Jose Tobar-Valle, Debtor</u>

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Motion to Compel Martone & Associates, LLC to Turn Over Property of the Estate [D.I. 52]</u>

   Current hearing date and time: <u>December 5, 2023 at 10:00 a.m.</u>

   New date requested: <u>December 19, 2023 at 10:00 a.m.</u>

   Reason for adjournment request: <u>Parties are requesting additional time to discuss a resolution</u>

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   I certify under penalty of perjury that the foregoing is true.

Date: November 22, 2023                    */s/ Erin J. Kennedy*
                                                                    Signature

{F0203786 - 1}

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: December 19, 2023 at 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

{F0203786 - 1}                                2