| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on December 18, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                Debtor. | Case No.: 23-15001 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: December 12, 2023<br>Hearing Time: 10:00 a.m. |

### ORDER DENYING FIRST BANK'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2023**

                                                                   **Honorable Vincent F. Papalia**
                                                                   **United States Bankruptcy Judge**

F0205840 - 1

| | |
|---|---|
| Debtor(s) | Jose Tobar-Valle |
| Case No. | 23-15001 (VFP) |
| Caption | Order Denying First Bank's Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) |

**THIS MATTER** having come before the court by way of Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) filed by First Bank (the "Motion"); and the Debtor having filed opposition to the Motion; and the Court having heard oral argument on the Motion and considered the positions of the parties and the issues presented; and due notice having been given; and for the reasons set forth on the record on December 12, 2023; and for good cause shown, it is hereby

**ORDERED** that the Motion is denied without prejudice; and it is further

**ORDERED** that Debtor shall file either 1) his Plan and Disclosure Statement and/or 2) a proposal regarding the sale for liquidation of 58 Llewellyn Avenue, West Orange, New Jersey, 45 Llewellyn Avenue, West Orange, New Jersey and 472 Glebe Street, Orange, New Jersey, in each case, as soon as practicable, but in no event later than April, 3, 2024, unless such time period is extended for good cause shown on motion filed and properly served no later than March 29, 2024; and it is further

**ORDERED** that in the event Debtor fails to make the required filing as set forth in the preceding Paragraph, then First Bank may renew the Motion and again seek dismissal or conversion of the instant matter.

F0205840 - 1