| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on December 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                    Debtor. | Case No.:  23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia<br><br>Hearing Date:  December 19, 2023<br>Hearing Time:  10:00 a.m. |

# CONSENT ORDER FOR TURNOVER OF PROPERTY
# OF THE ESTATE BY MARTONE & ASSOCIATES, LLC

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0205498 - 1

Debtor(s)   Jose Tobar-Valle
Case No.    23-15001 (VFP)
Caption     Consent Order for Turnover of Property of the Estate by Martone & Associates, LLC

This matter having been brought before the court by the Debtor by way of Motion to Compel Martone & Associates, LLC to Turn Over Property of the Estate, and the Debtor and Martone & Associates, LLC having reached an agreement to resolve this matter, and notice of the motion having been provided to the Office of the United States Trustee, and for good cause shown, it is hereby

**ORDERED** that Martone & Associates, LLC shall retain $5,000 for legal fees and $1,738 for out of pocket expenses, and it is further

**ORDERED** that Martone & Associates, LLC shall return to Van Charles Corp., who paid the $25,000 retainer to Martone & Associates, LLC on behalf of the Debtor, $18,262 within five days of the entry order.

The undersigned consent to the
form and entry of this Order.

| MARTONE & ASSOCIATES, LLC | FORMAN HOLT |
| --- | --- |
| | Attorneys for Debtor |
| By: /s/ Christopher S. Martone | By: /s/ Erin J. Kennedy |
| Christopher S. Martone, Esq. | Erin J. Kennedy, Esq. |
| Dated: December 11, 2023 | Dated: December 14, 2023 |

F0205498 - 1