UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Debtor
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com

**Order Filed on December 27, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

JOSE TOBAR-VALLE,

                  Debtor.

Case No.:  23-15001 (VFP)

Chapter 11

Judge:  Hon. Vincent F. Papalia

Hearing Date:   December 19, 2023
Hearing Time:  10:00 a.m.

## CONSENT ORDER FOR TURNOVER OF PROPERTY
## OF THE ESTATE BY MARTONE & ASSOCIATES, LLC

       The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0205498 - 1

Page 2

| | |
|---|---|
| Debtor(s) | Jose Tobar-Valle |
| Case No. | 23-15001 (VFP) |
| Caption | Consent Order for Turnover of Property of the Estate by Martone & Associates, LLC |

This matter having been brought before the court by the Debtor by way of Motion to Compel Martone & Associates, LLC to Turn Over Property of the Estate, and the Debtor and Martone & Associates, LLC having reached an agreement to resolve this matter, and notice of the motion having been provided to the Office of the United States Trustee, and for good cause shown, it is hereby

**ORDERED** that Martone & Associates, LLC shall retain $5,000 for legal fees and $1,738 for out of pocket expenses, and it is further

**ORDERED** that Martone & Associates, LLC shall return to Van Charles Corp., who paid the $25,000 retainer to Martone & Associates, LLC on behalf of the Debtor, $18,262 within five days of the entry order.

The undersigned consent to the
form and entry of this Order.

MARTONE & ASSOCIATES, LLC

FORMAN HOLT
Attorneys for Debtor

By:  /s/ Christopher S. Martone
    Christopher S. Martone, Esq.

By:  /s/ Erin J. Kennedy
    Erin J. Kennedy, Esq.

Dated:  December 11, 2023

Dated:  December 14, 2023

F0205498 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 23-15001-VFP

Jose Tobar Valle                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                   Page 1 of 2

Date Rcvd: Dec 27, 2023                    Form ID: pdf903                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Cohen | on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com  jgalano@tessercohen.com |
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7  MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erin Kennedy | on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com |
| Erin Kennedy | on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com |
| Kenneth Borger, Jr | on behalf of Creditor LakeView Loan Servicing  LLC kborger@raslg.com |

District/off: 0312-2                                    User: admin                                         Page 2 of 2
Date Rcvd: Dec 27, 2023                          Form ID: pdf903                               Total Noticed: 2

Matthew K. Fissel

    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell

    on behalf of Creditor First Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert L. Saldutti

    on behalf of Creditor First Bank rsaldutti@saldutticollect.com  lmarciano@saldutticollect.com;kcollins@slgcollect.com

Steven Eisenberg

    on behalf of Creditor Caliber Home Loans  Inc. bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

    on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com  gbressler@mdmc-law.com

TOTAL: 12