UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                    Case No.:  23-15001 (VFP)

JOSE TOBAR-VALLE,                                        Chapter:  7

                                                                          Judge:    Honorable Vincent F. Papalia

## NOTICE OF PROPOSED PRIVATE SALE

Charles M. Forman, chapter 7 trustee in this case proposes to sell property of the estate to the persons and on the terms described below.  If you object to the sale, you must file a written objection and serve it on the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk:  United States Bankruptcy Court |
|---|
| District of New Jersey |
| 50 Walnut Street |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on February 7, 2024 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey Courtroom No. 3B.  If no objection is filed, the clerk will enter a *Certification of No Objection* and the sale will be held as proposed.

| Description of property to be sold:  The Debtor proposes to sell real property located at 58 Llewellyn Avenue, West Orange, New Jersey. |
|---|

| Proposed Purchaser:  Esteban Camilo Roldan Martinez |
|---|

| Sale Price: $615,000 |
|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:  Realty Empire LLC |
|---|
| Amount to be paid:   $30,750 |
| Services Rendered:  Marketing property for sale |

Higher and better offers will be received.  They must be in writing and filed with the clerk not later than 7 days before the final hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

*/s/ Erin J. Kennedy*
Erin J. Kennedy
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000 Email: ekennedy@formanlaw.com

F0206582 - 1