UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No.:  23-15001 (VFP)

JOSE TOBAR-VALLE,                                  Chapter:  7

                                                                    Judge:    Honorable Vincent F. Papalia

**NOTICE OF PROPOSED PRIVATE SALE**

Charles M. Forman, chapter 7 trustee in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection and serve it on the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk:  United States Bankruptcy Court |
| District of New Jersey |
| 50 Walnut Street |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on February 7, 2024 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey Courtroom No. 3B. If no objection is filed, the clerk will enter a *Certification of No Objection* and the sale will be held as proposed.

| Description of property to be sold:  The Debtor proposes to sell real property located at 58 Llewellyn Avenue, West Orange, New Jersey. |

| Proposed Purchaser:  Esteban Camilo Roldan Martinez |

| Sale Price: $615,000 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:  Realty Empire LLC |
| Amount to be paid:  $30,750 |
| Services Rendered:  Marketing property for sale |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the final hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

*/s/ Erin J. Kennedy*
Erin J. Kennedy
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000 Email: ekennedy@formanlaw.com

F0206582 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15001-VFP |
| Jose Tobar Valle | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 08, 2024 | Form ID: pdf905 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Realty Empire, Realty Empire, 414 Clifton Avenue, Clifton, NJ 07011-2645 |
| 519940355 | + | Bank of the West, C/O Chiesa Shahinan & Giantomasi, PC, One Boland Drive, West Orange, NJ 07052-3686 |
| 519940359 | + | CIT Bank, C/O Law Offices of Gregory Shields, LLC, 505 S. Lenola Road, Suite 226, Moorestown, NJ 08057-1549 |
| 519940358 | + | Campbell Foundry Company, C/O Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 519940357 | + | Campbell Foundry Company, 800 Bergen Street, Harrison, NJ 07029-2034 |
| 519940360 | + | First Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 520073067 | + | Greg Trif, Esq., O'Toole Scrivo LLC, 14 Village Park Road, Cedar Grove, NJ 07009-1246 |
| 520073069 | + | NGM Insurance Company, 4601 Touchton Road East, Jacksonville, FL 32246-4486 |
| 519980861 | + | Selective Insurance Company of America, c/o McElroy Deutsch, Attn: Adam Schwartz, Esq., 1300 Mt. Kemble Ave., PO Box 2075, Morristown, NJ 07962-2075 |
| 519940364 | + | State of New Jersey, Department of Labor & Worksforce Devvelo, P.O. Box 389, Trenton, NJ 08625-0389 |
| 520073071 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2024 21:17:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2024 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2024 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 08 2024 21:30:05 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 08 2024 21:17:00 | Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego,, CA 92108-1619 |
| cr | ^ | MEBN | Jan 08 2024 20:54:51 | Caliber Home Loans, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 08 2024 21:17:00 | First Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 21:16:00 | LakeView Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2024 23:23:22 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

Case 23-15001-VFP    Doc 75    Filed 01/10/24    Entered 01/11/24 00:16:07    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: pdf905 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519947862 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 08 2024 23:23:31 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519981382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 08 2024 22:12:23 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519974642 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2024 21:58:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519956007 | + | Email/Text: bkfilings@zwickerpc.com | Jan 08 2024 21:19:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519950897 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2024 21:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519977038 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 08 2024 21:19:00 | Caliber Home Loans, Inc, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519940356 | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 21:16:00 | Calibert Home Loans, C/O RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519984012 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 08 2024 21:17:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519980872 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 08 2024 21:16:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519953127 | + | Email/Text: rmcdowell@slgcollect.com | Jan 08 2024 21:17:00 | First Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519967852 | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 21:16:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519989564 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2024 21:17:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519940361 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2024 21:17:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520073068 | ^ | MEBN | Jan 08 2024 20:53:12 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520082262 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2024 21:17:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520082263 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2024 21:17:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519940362 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 08 2024 21:16:00 | PHH Mortgage, P.O. Box 5452, Mount Laurel, NJ 08054-5452 |
| 519948140 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 08 2024 21:17:00 | PHH Mortgage Corporation, c/o Todd S. Garan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520116472 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 08 2024 21:16:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519951872 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 08 2024 21:18:00 | Santander Consumer USA, Inc., d/b/a Chrysler |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: pdf905 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519940363 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 08 2024 21:17:00 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, Colorado 80129-2386 |
| 520073070 | + | Email/Text: usanj.njbankr@usdoj.gov Jan 08 2024 21:18:00 | | United States Attorney, Peter Rodino Federal Building, 970 Broad street, Suite 700, Newark, NJ 07102-2527 |
| 519988971 | + | Email/PDF: ebn_ais@aisinfo.com Jan 08 2024 23:23:28 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519978073 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jan 08 2024 22:12:59 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519940365 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jan 08 2024 21:43:59 | | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519943834 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Cohen | on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com jgalano@tessercohen.com |
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erin Kennedy | on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com |
| Erin Kennedy | on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com |
| Kenneth Borger, Jr | on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: pdf905 | Total Noticed: 47 |

Matthew K. Fissel
    on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti
    on behalf of Creditor First Bank rsaldutti@salduttiollect.com lmarciano@salduticollect.com;kcollins@slgcollect.com

Steven Eisenberg
    on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com

TOTAL: 12