

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on January 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                       Debtor. | Case No.:  23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia |

### ORDER AUTHORIZING DEBTOR TO SUBMIT A COMBINED PLAN AND DISCLOSURE STATEMENT PURSUANT TO D.N.J. LBR 3016-1

The relief set forth on the following page two (2) is hereby ORDERED.

**DATED: January 31, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0208249 - 1

Page 2
Debtors:       Jose Tobar-Valle
Case No.       23-15001 (VFP)
Caption of Case: Order Authorizing Debtor to Submit a Combine and Disclosure Statement Pursuant to D.N.J. LBR 3016-1

Upon consideration of the Debtor's application for authorization to be permitted to file a combined plan and disclosure statement as an individual debtor, and the court having read the application of the Debtor, and the Court finding that the filing of the combined plan and disclosure statement is appropriate under the circumstances, and no objections the Debtor's filing a combined plan and disclosure statement having been filed, and for good cause shown, it is hereby

**ORDERED** that the Debtor is authorized to file a combined plan and disclosure statement pursuant to D.N.J. LBR 3016-1 and the Clerk is directed to accept the Small Business Debtor's Combined Plan of Reorganization and Disclosure Statement filed by the Debtor in this case.

F0208249 - 1