| | |
|---|---|
| **Essex County Recording Data Page**<br>**Honorable Dana Rone**<br>**Essex County Register** | **Official Use Only** |

**Official Use Only:**

| | |
|---|---|
| Date of Document:<br>6/25/2019 | Type of Document:<br>Mortgage |
| First Party Name:<br>Jose Tobar and Maria Tobar, Husband and Wife | Second Party Name:<br>Family First Funding LLC |
| Additional Parties: | |

**THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY**

| Block: | Lot: | Qualifier: |
|---|---|---|
| Municipality: | | |
| Consideration: | | |
| Mailing Address of Grantee: | | |

**THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION**
**ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY**

| Original Book: | Original Page: |
|---|---|

**ESSEX COUNTY RECORDING DATA PAGE**

Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

## SIGNATURE/NAME AFFIDAVIT

| RE: | LOAN NUMBER | PROPERTY ADDRESS |
|---|---|---|
| | ▇▇▇▇▇▇▇▇ | 45 Llewellyn Avenue, Township of West Orange, NJ 07052 |

BEFORE ME, the undersigned authority, a Notary Public in and for said County and State, on this day personally appeared, __Jose Tobar__

who, after being by me first duly sworn, upon oath does depose and say:

THAT, __Jose Tobar__
as the name is signed on the note and/or security instrument is one and the same person as:
__Jose Abraham Tobar, Jose A Tobar, Kose A Tobar__

as the name appears in various loan documents.

_____   6/25/19
JOSE TOBAR                              DATE

State of: NEW JERSEY

County of: ESSEX

Subscribed and sworn to (or affirmed) before me on this __25th__ day of __June__ __2019__
by __JOSE TOBAR.__

My Commission expires: __MAy 4, 2022__

(Seal)                                  (Notary Public)

**RAMON VAZQUEZ**
NOTARY PUBLIC OF NEW JERSEY
COMMISSION NO. 2420412
MY COMMISSION EXPIRES 05/04/2022

Ellie Mae, Inc.                                 GSNA 1215
                                                GSNA (CLS)
                                                06/24/2019 02:45 PM PST

Exhibit aom    Page 3 of 10

## SIGNATURE/NAME AFFIDAVIT

| RE: | LOAN NUMBER | PROPERTY ADDRESS |
|---|---|---|
| | | 45 Llewellyn Avenue, Township of West Orange, NJ 07052 |

BEFORE ME, the undersigned authority, a Notary Public in and for said County and State, on this day personally appeared, **Maria Tobar**

who, after being by me first duly sworn, upon oath does depose and say:

THAT, **Maria Tobar**
as the name is signed on the note and/or security instrument is one and the same person as;

as the name appears in various loan documents.

MARIA TOBAR                                                    6/25/19
                                                                DATE

State of: **NEW JERSEY**

County of: **ESSEX**

Subscribed and sworn to (or affirmed) before me on this _25th_ day of _June_, _2019_,
by **MARIA TOBAR**.

My Commission expires: _May 4, 2022_

(Seal)                                                        (Notary Public)

**RAMON VAZQUEZ**
NOTARY PUBLIC OF NEW JERSEY
COMMISSION NO. 2420412
MY COMMISSION EXPIRES 05/04/2022

Ellie Mae, Inc.                                               GSNA 1216
                                                              GSNA (CLS)
                                                              06/24/2019 02:45 PM PST



# Essex County Register Document Summary Sheet

| | |
|---|---|
| ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES<br><br>HALL OF RECORDS - ROOM 130<br>465 DR. MARTIN LUTHER KING BLVD<br>NEWARK NJ 07102 | **Transaction Identification Number**<br><br>**Recorded Document to be Returned by Submitter to:**<br>CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134 |

**Official Use Only**

```
        JUAN M. RIVERA, JR
      REG. OF DEEDS & MORTGAGES
            ESSEX COUNTY
             New Jersey

          DOCUMENT TYPE
                3
         INSTRUMENT NUMBER
             2021007406
            RECORDED ON
            Jan 20, 2021
             2:00:40 PM
          Total Pages: 3

NJ PRESERVATION ACCOUNT    $10.00
REGISTER RECORDING FEE     $30.00
TOTAL PAID                 $40.00
INV: 436482   USER: TA
```

| | |
|---|---|
| **Submission Date** *(mm/dd/yyyy)* | 01/07/2021 |
| **No. of Pages** *(excluding Summary Sheet)* | 1 |
| **Recording Fee** *(excluding transfer tax)* | $40.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $40.00 |
| **Document Type** | MTGE ASSGN |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) |
| **Municipal Codes** | |
| ESSEX COUNTY | 99 |

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Page 1 of 2



# Essex County Register Document Summary Sheet

| MTGE ASSGN | Type | MTGE ASSGN | | | |
|---|---|---|---|---|---|
| | **Consideration** | | | | |
| | **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | **Document Date** | 01/07/2021 | | | |
| | **Reference Info** | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | | | 2019062378 | |
| | MORTGAGOR | Name | | Address | |
| | | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS MORTGAGEE AS NOMINEE FOR FAMILY FIRST FUNDING LLC ITS SUCCESSORS AND ASSIGNS | | | |
| | ASSIGNEE | Name | | Address | |
| | | CALIBER HOME LOANS INC | | | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Page 2 of 2

Loan Number
Recording Requested By:
Caliber Home Loans, Inc.

and When Recorded Mail To:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

*Above space is intentionally left blank for recording data.*

MERS MIN#
MERS Phone N

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for FAMILY FIRST FUNDING, LLC, its successors and assigns**, the undersigned holder of a Mortgage (herein "Assignor") whose address is P.O. Box 2026, Flint, MI 48501-2026, does hereby grant, convey, assign and deliver to **CALIBER HOME LOANS, INC.**, whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134**, all its right, title and interest in and to said Mortgage in the amount of **$304,500.00**, recorded in the **State of New Jersey, Essex County**, Official Records dated **June 25, 2019** and recorded on **July 09, 2019** as Instrument No. **2019062378**.

Executed by: **JOSE TOBAR and MARIA TOBAR, Husband and Wife** (Original Mortgagor).

Original Mortgagee: **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for FAMILY FIRST FUNDING, LLC, its successors and assigns**

IN WITNESS WHEREOF, the undersigned, has caused this **Assignment of Mortgage** to be executed by its duly authorized officer.

Date: January 07, 2021

Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for FAMILY FIRST FUNDING, LLC, its successors and assigns

By: _____
Edwin Otzoy, Assistant Secretary

### NOTARY ACKNOWLEDGEMENT

State of **Oklahoma** County of **Oklahoma**

On   January 07, 2021   before me, **Nancy Ortiz**, a Notary Public, personally appeared **Edwin Otzoy**, Assistant Secretary of **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for FAMILY FIRST FUNDING, LLC, its successors and assigns**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is /are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
**Nancy Ortiz**, Notary Public

My commission expires: **09/29/2024**

Prepared by: **Sirajuddin Shaik**

Inst. # 2023074385 - Page 1 of 3



# Essex County Register Document Summary Sheet

| | | | |
|---|---|---|---|
| ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES<br><br>HALL OF RECORDS - ROOM 130<br>465 DR. MARTIN LUTHER KING BLVD<br>NEWARK NJ 07102 | **Transaction Identification Number** | 6950018 | 8483178 |
| | **Recorded Document to be Returned by Submitter to:**<br>NATIONWIDE TITLE CLEARING, LLC<br>2100 ALT 19<br>PALM HARBOR, FL 34683 | | |

| **Official Use Only** | **Submission Date** *(mm/dd/yyyy)* | 12/13/2023 |
|---|---|---|
| | **No. of Pages** *(excluding Summary Sheet)* | 1 |
| | **Recording Fee** *(excluding transfer tax)* | $40.00 |
| JUAN M. RIVERA, JR<br>REG. OF DEEDS & MORTGAGES<br>ESSEX COUNTY<br>New Jersey | **Realty Transfer Tax** | $0.00 |
| | **Total Amount** | $40.00 |
| DOCUMENT TYPE<br>3<br>INSTRUMENT NUMBER<br>2023074385<br>RECORDED ON<br>Dec 13, 2023<br>10:40:48 AM<br>Total Pages: 3 | **Document Type**   MTGE ASSGN | |
| | **Electronic Recordation Level**   L2 - Level 2 (With Images) | |
| | **Municipal Codes**<br>ESSEX COUNTY | 99 |
| NJ PRESERVATION ACCOUNT $10.00<br>REGISTER RECORDING FEE $30.00<br>TOTAL PAID $40.00<br>INV: 683851 USER: TJ | | |
| | 760898 | |

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Inst. # 2023074385 - Page 2 of 3

# Essex County Register Document Summary Sheet

| MTGE ASSGN | | | | | |
|---|---|---|---|---|---|
| **Type** | MTGE ASSGN | | | | |
| **Consideration** | | | | | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | | |
| **Document Date** | 12/13/2023 | | | | |
| **Reference Info** | | | | | |
| | **Book ID** | **Book** | **Beginning Page** | **Instrument No.** | **Recorded/File Date** |
| | | | | 2019062378 | |
| **MORTGAGOR** | | **Name** | | **Address** | |
| | CALIBER HOME LOANS INC | | | | |
| **ASSIGNEE** | | **Name** | | **Address** | |
| | SHELLPOINT MORTGAGE SERVICING | | | | |
| | NEWREZ LLC | | | | |
| **Parcel Info** | | | | | |
| | **Property Type** | **Tax Dist.** | **Block** | **Lot** | **Qualifier** | **Municipality** |
| | | | | | | |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

EEE56DB7-F0BF-9729-D88B-8B39610E9C7E/6950018 8483178                                                                Page 2 of 2

When Recorded Return To:
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North
Palm Harbor, FL 34683 7620

Loan Number █████

## ASSIGNMENT OF MORTGAGE

SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CALIBER HOME LOANS, INC., WHOSE ADDRESS IS C/O 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, WHOSE ADDRESS IS 1100 VIRGINIA DR STE 125, FORT WASHINGTON, PA 19034, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage in the amount of $304,500.00, dated on 06/25/2019, made by **JOSE TOBAR AND MARIA TOBAR** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FAMILY FIRST FUNDING, LLC, ITS SUCCESSORS AND ASSIGNS**, and recorded on 07/09/2019, in Mortgage **Document # 2019062378**, in the office of the Register of Titles and County Recorder in **ESSEX** County, **New Jersey**.

Property is commonly known as: 45 LLEWELLYN AVENUE WEST ORANGE TWP TOWNSHIP OF WEST ORANGE, NJ 07052.

Dated this 13th day of December in the year 2023.
**CALIBER HOME LOANS, INC., by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its Attorney-in-Fact (POA RECORDED: 12/09/2022 INSTR#: 2022105971)**

_/s/ M Eichen_
**MACKENZIE EICHEN**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 13th day of December in the year 2023, by Mackenzie Eichen as VICE PRESIDENT of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING as Attorney-in-Fact for CALIBER HOME LOANS, INC., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_/s/ Vicky McCoy_
**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

# ALLONGE TO THE NOTE

CALIBER LOAN#: █████

SELLER LOAN #: █████

NOTE DATE: 06/25/2019

MORTGAGOR (S): Jose Tobar

PROPERTY ADDRESS: 45 Llewellyn Avenue
WEST ORANGE
NJ 07052

LOAN AMOUNT: $304,500

Without Recourse,

PAY TO THE ORDER OF:

CALIBER HOME LOANS, INC.

*[signature]*

Julie McAllister / Operations Support Manager