| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on January 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                   Debtor. | Case No.:  23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia |

### ORDER AUTHORIZING DEBTOR TO SUBMIT A COMBINED PLAN AND DISCLOSURE STATEMENT PURSUANT TO D.N.J. LBR 3016-1

The relief set forth on the following page two (2) is hereby ORDERED.

**DATED: January 31, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0208249 - 1

Page 2
Debtors:         Jose Tobar-Valle
Case No.         23-15001 (VFP)
Caption of Case: Order Authorizing Debtor to Submit a Combine and Disclosure Statement
                 Pursuant to D.N.J. LBR 3016-1

Upon consideration of the Debtor's application for authorization to be permitted to file a combined plan and disclosure statement as an individual debtor, and the court having read the application of the Debtor, and the Court finding that the filing of the combined plan and disclosure statement is appropriate under the circumstances, and no objections the Debtor's filing a combined plan and disclosure statement having been filed, and for good cause shown, it is hereby

**ORDERED** that the Debtor is authorized to file a combined plan and disclosure statement pursuant to D.N.J. LBR 3016-1 and the Clerk is directed to accept the Small Business Debtor's Combined Plan of Reorganization and Disclosure Statement filed by the Debtor in this case.

F0208249 - 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15001-VFP
Jose Tobar Valle  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jan 31, 2024      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Danielle Cohen
     on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com jgalano@tessercohen.com

Denise E. Carlon
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Erin Kennedy
     on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com

Erin Kennedy

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 31, 2024 | Form ID: pdf903 | Total Noticed: 2

    on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com

Kenneth Borger, Jr
    on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com

Matthew K. Fissel
    on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell
    on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti
    on behalf of Creditor First Bank rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;kcollins@slgcollect.com

Steven Eisenberg
    on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com

TOTAL: 13