Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−15001−VFP
        Chapter:  11
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tobar Valle
   dba Abraham General Construction, LLC
   39 Condit Terrace
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:
   35−2475648

## CERTIFICATION OF NO OBJECTION

    I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

58 Llewellyn Avenue, West Orange, New Jersey

Dated: February 8, 2024
JAN: mlc

                              Jeanne Naughton
                              Clerk