| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                              Debtor. | Case No.: 23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia<br><br>Hearing Date:  February 20, 2024<br>Hearing Time: 10:00 a.m. |

**SUPPLEMENTAL CERTIFICATION OF SERVICE**

1. I, Jennifer Kisla:

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Erin J. Kennedy, who represents the Debtor in the above captioned matter.

2. On February 7, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion to Approve Sale of Real Property and Authorizing Final Compensation to Realtor;

    - Declaration of Jose Tobar-Valle in support;

    - Application in Support; and

    - Proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  February 12, 2024             */s/ Jennifer Kisla*
                                                                 Jennifer Kisla

F0209672 - 1

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey Department of Labor and Workforce Development PO Box 389 Trenton, New Jersey 08625-0389 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

F0209672 - 1

2