Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  23−15001−VFP
           Chapter:  11
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tobar Valle
      dba Abraham General Construction, LLC
      39 Condit Terrace
      West Orange, NJ 07052

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:
   35−2475648

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       4/2/24
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Formanlaw LLC d/b/a Forman Holt, Debtor's Attorney,
period: 8/24/2023 to 1/31/2024

COMMISSION OR FEES
$53,555.00

EXPENSES
$804.31.

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 22, 2024
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 23-15001-VFP
Jose Tobar Valle                                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 137 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Formanlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Realty Empire, Realty Empire, 414 Clifton Avenue, Clifton, NJ 07011-2645 |
| 519940355 | + | Bank of the West, C/O Chiesa Shahinan & Giantomasi, PC, One Boland Drive, West Orange, NJ 07052-3686 |
| 519940359 | + | CIT Bank, C/O Law Offices of Gregory Shields, LLC, 505 S. Lenola Road, Suite 226, Moorestown, NJ 08057-1549 |
| 519977038 | + | Caliber Home Loans, Inc, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519940358 | + | Campbell Foundry Company, C/O Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 519940357 | + | Campbell Foundry Company, 800 Bergen Street, Harrison, NJ 07029-2034 |
| 519940360 | + | First Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 520073067 | + | Greg Trif, Esq., O'Toole Scrivo LLC, 14 Village Park Road, Cedar Grove, NJ 07009-1246 |
| 520073069 | + | NGM Insurance Company, 4601 Touchton Road East, Jacksonville, FL 32246-4486 |
| 520134285 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, KML Law Group, P.C., Att: Denise Carlon, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 519980861 | + | Selective Insurance Company of America, c/o McElroy Deutsch, Attn: Adam Schwartz, Esq., 1300 Mt. Kemble Ave., PO Box 2075, Morristown, NJ 07962-2075 |
| 519940364 | + | State of New Jersey, Department of Labor & Worksforce Devvelo, P.O. Box 389, Trenton, NJ 08625-0389 |
| 520073071 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 21:14:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2024 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2024 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:21:11 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Feb 22 2024 21:14:00 | Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego,, CA 92108-1619 |
| cr | ^ | MEBN | Feb 22 2024 21:05:23 | Caliber Home Loans, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Feb 22 2024 21:14:00 | First Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 21:14:00 | LakeView Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2024 21:21:04 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519947862 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:21:40 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519981382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 21:21:11 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519974642 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 21:21:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519956007 | + | Email/Text: bkfilings@zwickerpc.com | Feb 22 2024 21:16:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519950897 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 21:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519940356 | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 21:14:00 | Calibert Home Loans, C/O RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519984012 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 22 2024 21:14:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519980872 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 22 2024 21:13:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519953127 | + | Email/Text: rmcdowell@slgcollect.com | Feb 22 2024 21:14:00 | First Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519967852 | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 21:14:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519989564 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2024 21:14:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519940361 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2024 21:14:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520073068 | ^ | MEBN | Feb 22 2024 21:05:46 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520082262 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2024 21:14:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520082263 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2024 21:14:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519940362 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 22 2024 21:13:00 | PHH Mortgage, P.O. Box 5452, Mount Laurel, NJ 08054-5452 |
| 519948140 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 22 2024 21:14:00 | PHH Mortgage Corporation, c/o Todd S. Garan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520116472 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 22 2024 21:14:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519951872 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 23-15001-VFP    Doc 93    Filed 02/24/24    Entered 02/25/24 00:15:54    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 137 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 22 2024 21:15:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519940363 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 22 2024 21:14:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, Colorado 80129-2386 |
| 520073070 | + | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2024 21:15:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad street, Suite 700, Newark, NJ 07102-2527 |
| 519988971 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2024 21:21:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519978073 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2024 21:21:09 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519940365 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2024 21:21:09 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519943834 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

**Name**    **Email Address**

Danielle Cohen
　　on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com  jgalano@tessercohen.com

Denise E. Carlon
　　on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
　　on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7  MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Erin Kennedy
　　on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com

Erin Kennedy

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 22, 2024 | Form ID: 137 | Total Noticed: 49 |

on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com

Kenneth Borger, Jr

on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com

Matthew K. Fissel

on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell

on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti

on behalf of Creditor First Bank rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;kcollins@slgcollect.com

Steven Eisenberg

on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com

TOTAL: 13