UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Debtor
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com

In Re:

JOSE TOBAR-VALLE,

                    Debtor.

Case No.:  23-15001 (VFP)

Chapter 11

Judge:  Hon. Vincent F. Papalia

## ADJOURNMENT REQUEST

1.      I, Erin J. Kennedy,

☒      am the attorney for: Jose Tobar-Valle, Debtor

☐      am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter:          Hearing for final approval of Plan and Disclosure Statement

Current hearing date and time:    March 14, 2024 at 11:00 a.m.

New date requested:              March 28, 2024 at 11:00 a.m.

Reason for adjournment request:  Debtor is requesting a two-week adjournment to review
and resolve objections to plan.

2.      Consent to adjournment:

☒   I have the consent of all parties.  ☐   I do not have the consent of all parties (explain
below):

I certify under penalty of perjury that the foregoing is true.


Date: March 8, 2024                          */s/ Erin J. Kennedy*
                                                   Signature

F0212300 - 1

**COURT USE ONLY:**

The request for adjournment is:

☒        Granted                    New hearing date: <u>4/11/20024 at 11:00am</u>   ☐ Peremptory

☐        Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐        Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

F0212300 - 1                                         2