

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | Order Filed on April 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>　　　　　　　　Debtor. | Case No.:  23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia<br><br>Hearing Date:  April 2, 2024<br>Hearing Time:  2:00 p.m. |

### ORDER GRANTING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS ATTORNEYS FOR DEBTOR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0211133 - 1

(Page 2)

| | |
|---|---|
| Debtor: | Jose Tobar-Valle |
| Case No: | 23-15001 (VFP) |
| Caption of Order: | Order Granting First Interim Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Debtor |

**THIS MATTER** having been opened to the court upon the application of Forman Holt for first interim compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded first interim compensation for services rendered in the amount of $53,555.00 and reimbursement of expenses in the amount of $804.31.

2. Forman Holt is authorized to apply the retainer of $32,489.98 toward the amount due.

F0211133 - 1