UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V:   ❑ Yes  ❑ No

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1. I, _____,

    ❑ am the attorney for: _____,

    ❑ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____
    _____

2. Consent to adjournment:

    ❑ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: _____    _____
                                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __May 30, 2024 at 11 a.m.__          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2