| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

| FORMAN HOLT |
| --- |
| 365 West Passaic Street, Suite 400 |
| Rochelle Park, NJ 07662 |
| (201) 845-1000 |
| Attorneys for Debtor |
| Erin J. Kennedy, Esq. |
| ekennedy@formanlaw.com |

In Re:

JOSE TOBAR-VALLE,

Debtor.

Case No.: 23-15001 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, Erin J. Kennedy,

   ☒ am the attorney for: Jose Tobar-Valle, Debtor

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:        Hearing for final approval of Plan and Disclosure Statement

   Current hearing date and time:    May 30, 2024 at 11:00 a.m.

   New date requested:            45 days

   Reason for adjournment request:  Debtor is requesting an adjournment of the hearing to allow for the filing of an Amended Plan and Disclosure Statement.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   I certify under penalty of perjury that the foregoing is true.

Date: May 24, 2024

*/s/ Erin J. Kennedy*
Signature

{F0218916 - 1}

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: <u>July 25, 2024 at 11 a.m</u>.   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**