| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In Re: |

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V:   ❑ Yes  ❑ No

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1. I, _____,

   ❑ am the attorney for: _____,

   ❑ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _XXXXXXX_____

   Reason for adjournment request: _____

   _____

2. Consent to adjournment:

   ❑ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: _July 25, 2024 at 11 a.m.___        ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____        ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2