UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Case No.: | 23-15001 (VFP) |
|---|---|---|
| JOSE TOBAR-VALLE, | Chapter | 11 |
| Debtor. | Judge: | Honorable Vincent F. Papalia |

## NOTICE OF PROPOSED ABANDONMENT

Jose Tobar-Valle, the Debtor-in-Possession (the "Debtor") in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   United States Bankruptcy Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on July 10, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3B, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

The Debtor's counterclaim and third party complaint in the matter of Selective Insurance Company v. Abraham General Construction, LLC, Jose A. Tobar and Maria Tobar, Docket No. ESX-L-066175-19. The Debtor does not have the resources to continue to pursue these claims and does not believe they will result in any benefit to the estate.

Liens on property:
None

Amount of equity claimed as exempt:
None

Objections must be served on, and requests for additional information directed to:

*/s/ Erin J. Kennedy*
Erin J. Kennedy, Attorney for Debtor
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email:  ekennedy@formanlaw.com

F0219377 - 1