UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jose Tobar Valle

Case No.: 23-15001 (VFP)

Chapter: 11 (Small Business)

Judge: Vincent F. Papalia

# AMENDED ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING DEADLINES, AND SCHEDULING CONFIRMATION HEARING

The relief set forth on the following page is **ORDERED**.

**DATED: June 10, 2024**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been opened to the Court by  Forman Holt                                ,
Plan Proponent, upon the filing of a small business Plan and Disclosure Statement; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated June 6, 2024 is conditionally approved.

B. Within 3 days after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C. July 18, 2024 is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. July 18, 2024 is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on July 25, 2024 at 11:00 am (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable Vincent F. Papalia, United States Bankruptcy Court, District of New Jersey, MLK JR. Fed. Bldg., 50 Walnut St., Newark, NJ 07102, in Courtroom 3B.

*rev.10/1/18*