| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>Debtor. | Case No.: 23-15001 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: July 25, 2024<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, Jennifer Kisla:

   ☐ represent the_____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Erin J. Kennedy, who represents the Debtor in the above captioned matter.

2. On June 11, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Amended Order Conditionally Approving Disclosure Statement, Setting Deadlines and Scheduling Confirmation Hearing entered on June 10, 2024;

   b. Small Business Debtor's Third Modified Combined Plan of Reorganization and Disclosure Statement;

   c. Ballot for the filing of written acceptances or rejections of Plan.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 12, 2024            */s/ Jennifer Kisla*
                                            Jennifer Kisla

{F0219755 - 1}

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael A. Artis, Esq.<br>United States Dept of Justice<br>Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jose Tobar-Valle<br>39 Condit Terrace<br>West Orange, NJ 07052 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert L. Saldutti, Esq.<br>Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway, Suite 100<br>Cherry Hill, NJ 08034 | Attorneys for First Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew K. Fissel, Esq.<br>Brock & Scott PLLC<br>302 Fellowship Road<br>Suite 130<br>Mt Laurel Township, NJ 08054 | Attorneys for Wells Fargo Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kenneth Borger, Jr, Esq.<br>RAS Crane LLC<br>130 Clinton Rd<br>Lobby B, Suite 202<br>Fairfield, NJ 07004 | Attorneys for LakeView Loan Servicing, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Virginia T. Shea, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962 | Attorneys for Selective Insurance Company of America | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Danielle Cohen, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601 | Attorneys for Campbell Foundry Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0219755 - 1}

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Greg Trif, Esq.<br>O'Toole Scrivo LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009 | Attorney for NGM Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Todd S. Garan, Esq.<br>ALDRIDGE PITE, LLP<br>8880 Rio San Diego Dr., Ste 725<br>San Diego, CA 92108 | Attorneys for PHH Mortgage Corporation and NewRez LLC d/b/a Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of the West<br>C/O Chiesa Shahinan & Giantomasi, PC<br>One Boland Drive<br>West Orange, NJ 07052 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of the West<br>Attn: Officer or Authorized Agent<br>180 Montgomery Street<br>San Francisco, CA 94104 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NewRez LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis MN 55440-9790 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0219755 - 1}

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Santander Consumer USA, Inc. d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-1245 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deutsche Bank National Trust Company<br>c/o PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deutsche Bank National Trust Co. Trustee (See 410)<br>c/o Specialized Loan Servicing<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, CO 80111 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lakeview Loan Servicing, LLC<br>c/o Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261-9741 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>P.O. Box 9043<br>Andover, MA 01810-1041 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Notice Purposes | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Notice Purposes | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Notice Purposes | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NGM Insurance Company<br>4601 Touchton Road East<br>Jacksonville, FL 32246 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AIS Portfolio Services, LLC<br>Attn: Ally Bank Lease Trust<br>AIS Portfolio Services, LLC<br>Account: XXXXXXXX2106<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| State of New Jersey<br>Department of Labor & Workforce Development<br>P.O. Box 389<br>Trenton, NJ 08625 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CIT Bank<br>C/O Law Offices of Gregory Shields, LLC<br>505 S. Lenola Road, Suite 226<br>Moorestown, NJ 08057 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Direct Capital<br>A Division of CIT Bank, N.A.<br>Attn: Officer or Authorized Agent<br>155 Commerce Way<br>Portsmouth, NH 03801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |