Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–15001–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jose Tobar Valle
dba Abraham General Construction, LLC
39 Condit Terrace
West Orange, NJ 07052

Social Security No.:
xxx–xx–0548

Employer's Tax I.D. No.:
35–2475648

## CERTIFICATION OF NO OBJECTION

I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

The Debtor's counterclaim and third party complaint in the matter of Selective Insurance Company v. Abraham General Construction, LLC, Jose A. Tobar and Maria Tobar, Docket No. ESX–L–066175–19

Dated: July 8, 2024
JAN: mlc

Jeanne Naughton
Clerk