| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>Debtor. | Case No.: 23-15001 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia |

## CERTIFICATION OF BALLOTING

Erin J. Kennedy hereby certifies as follows:

1. I am an attorney at law in the State of New Jersey and represent Jose Tobar-Valle ("Debtor") in connection with the captioned case.

2. The Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code on June 8, 2023.

3. On June 6, 2024, the Debtor filed a Small Business Debtor's Third Modified Combined Plan of Reorganization and Disclosure Statement ("Third Modified Plan and Disclosure Statement") [Doc. No. 111].

4. On June 10, 2024, the Court entered an Amended Order Conditionally Approving Disclosure Statement, Setting Deadlines, and Scheduling Confirmation Hearing (the "Amended Order") [Doc. No. 113], which fixed July 25, 2024 as the confirmation hearing date.

5. On June 11, 2024, my office served the Third Modified Plan and Disclosure Statement, the Amended Order and a ballot for filing of written acceptances or rejections of the

{F0223374 - 1}

Third Modified Plan and Disclosure Statement to all creditors. A Certification of Service was filed on June 12, 2024 [Doc. No. 114].

6. In accordance with the Third Modified Plan and Disclosure Statement, ballots were submitted to my office by creditors eligible to vote.

7. A summary of the ballots returned is set forth below:

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 7 | Yes | 1 | 1 |  | 100% | $610.86 |  | 100% | YES |

The Class 7 ballots received are as follows:

| Class | Creditor | Amount of Claim | Accept (Yes or No) |
|---|---|---|---|
| 7 | American Express National Bank | $610.86 | Yes |

No ballots rejecting the Amended Plan were received.

8. Copies of all returned ballots are attached hereto as Exhibit A.

I certify that the foregoing statements made by me are true. If any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 23, 2024

/s/ Erin J. Kennedy
Erin J. Kennedy

{F0223374 - 1}

# EXHIBIT A

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>      Debtor. |

Case No.: 23-15001 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

## BALLOT

  Jose Tobar-Valle, Plan Proponent, filed a Small Business Debtor's Third Modified Combined Plan of Reorganization and Disclosure Statement dated June 6, 2024 (the "Plan and Disclosure Statement") as the Debtor in this case. The Court has conditionally approved a Plan and Disclosure Statement. The Plan and Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have of the Plan and Disclosure Statement, you may obtain a copy from Erin J. Kennedy, Esq., Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662, 201-845-1000, ekennedy@formanlaw.com. The conditional approval by the Court of the Plan and Disclosure Statement does not indicate approval of the Plan by the Court.

  **You should review Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and Disclosure Statement and your classification and treatment under the Plan. Your claim or equity interest has been placed in class _7_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

  **If your ballot is not received by Erin J. Kennedy, Esq., Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662, 201-845-1000, ekennedy@formanlaw.com on or before July 18, 2024 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

  **If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

{F0216992 - 1}

## ACCEPTANCE OR REJECTION OF THE DEBTOR'S THIRD MODIFIED PLAN

The Undersigned, a creditor of the above-named Debtor in the unpaid amount of

$ 610.86 _____ ; Class Number (refer to Plan and Disclosure Statement for Class Number):

Account Ending: 3000

Check One Box:        __X__ ACCEPTS THE PLAN

                      _____ REJECTS THE PLAN

(Print or Type Name of Creditor)
American Express National Bank

_____
(Signature)
Jordan Katz for Kenneth W. Kleppinger
Attorney/Agent for creditor
(Print name of person executing this Ballot)

c/o Becket & Lee LLP

PO Box 3001, Malvern PA 19355
(Address)

Dated: July 10, 2024

Return by mail to:
Tobar-Valle Ballot Box
c/o Erin J. Kennedy, Esq.
Forman Holt
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
ekennedy@formanlaw.com

{F0216992 - 1}