| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                    Debtor. |

Case No.: 23-15001 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, Erin J. Kennedy,

   ☒ am the attorney for: Jose Tobar-Valle, Debtor

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing for final approval of Third Modified Plan and Disclosure Statement and Status Conference

   Current hearing date and time: July 25, 2024 at 11:00 a.m.

   New date requested: September 12, 2024 at 11:00 a.m.

   Reason for adjournment request: Debtor is requesting an adjournment to allow additional time to resolve objections to plan.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   I certify under penalty of perjury that the foregoing is true.

Date: July 24, 2024                                              */s/ Erin J. Kennedy*
                                                                              Signature

{F0223453 - 1}

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: <u>9/12/2024 @ 11:00AM</u>   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

{F0223453 - 1}                                2