# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:

JOSE TOBAR VALLE

§
§ CASE NO.
§ 23-15001-VFP
§ Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2007-3SL Asset-Backed Securities, Series 2007-3SL | Deutsche Bank National Trust Co. Trustee (See 410) |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 14
Amount of Claim: $ 42479.96
Date Claim Filed: 07/28/2023

Phone: (800)365-7107
Last Four Digits of Acct #: 0103

Phone: (800) 643-0202
Last Four Digits of Acct.#: 2006

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                                Date: 7/30/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE: § § § § | CASE NO. 23-15001-VFP Chapter 13 |
| JOSE TOBAR VALLE | |

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 7/30/2024 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

JOSE TOBAR VALLE
39 Condit Ter
West Orange, NJ 07052-4811


**Debtors' Attorney**
FORMAN HOLT
365 W Passaic St Ste 400
Rochelle Park, NJ 07662-3005

**Chapter 13 Trustee**


Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen