UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**In Re:**

Order Filed on August 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____

Chapter:         11 (Small Business)

Judge:           _____

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING DEADLINES, AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: August 15, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been opened to the Court by_____, Plan Proponent, upon the filing of a small business Plan and Disclosure Statement; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated _____ is conditionally approved.

B. Within 3 days after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C. _____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. _____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on \_\_\_\_9/26/2024\_\_\_\_\_ at _____ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable _____, United States Bankruptcy Court, District of New Jersey, _____, in Courtroom _____.

*rev.10/1/18*