UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jose Tobar Valle,

    Debtor

Case No.: 23-15001

Chapter: 11 (Small Business)

Judge: Vincent F. Papalia

# ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING DEADLINES, AND SCHEDULING CONFIRMATION HEARING

The relief set forth on the following page is **ORDERED**.

DATED: August 15, 2024

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

This matter having been opened to the Court by  Jose Tobar Valle                              ,
Plan Proponent, upon the filing of a small business Plan and Disclosure Statement; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated  August 1, 2024  is conditionally approved.

B. Within 3 days after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C.  September 19, 2024  is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D.  September 19, 2024  is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on  9/26/2024  at  11:00 am  (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable  Vincent F. Papalia , United States Bankruptcy Court, District of New Jersey,  MLK Jr. Federal Building, 50 Walnut Street, Newark, NJ , in Courtroom  3B .

*rev.10/1/18*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-15001-VFP
Jose Tobar Valle  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Aug 15, 2024      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Formanlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Realty Empire, Realty Empire, 414 Clifton Avenue, Clifton, NJ 07011-2645 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2024 22:07:11 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 15 2024 22:10:00 | Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego,, CA 92108-1619 |
| cr | ^ | MEBN | Aug 15 2024 22:03:18 | Caliber Home Loans, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 15 2024 22:10:00 | First Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2024 22:09:00 | LakeView Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | ^ | MEBN | Aug 15 2024 22:03:25 | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 15 2024 22:55:27 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2024 | Form ID: pdf900 | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Danielle Cohen
on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com  jgalano@tessercohen.com

Denise E. Carlon
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7  MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Erin Kennedy
on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com

Erin Kennedy
on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Kenneth Borger, Jr
on behalf of Creditor LakeView Loan Servicing  LLC kborger@raslg.com

Matthew K. Fissel
on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell
on behalf of Creditor First Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

Robert L. Saldutti
on behalf of Creditor First Bank rsaldutti@salduticollect.com  lmarciano@salduticollect.com;anovoa@slgcollect.com

Steven Eisenberg
on behalf of Creditor Caliber Home Loans  Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com  gbressler@mdmc-law.com

TOTAL: 14