| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                    Debtor. |

Case No.:  23-15001 (VFP)

Chapter 11

Judge:  Hon. Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, <u>Erin J. Kennedy</u>,

   ☒     am the attorney for: <u>Jose Tobar-Valle, Debtor</u>

   ☐     am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Status Conference and Motion for Relief from Stay filed on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing [D.I. 82]</u>

   Current hearing date and time: <u>September 12, 2024 at 11:00 a.m.</u>

   New date requested: <u>September 26, 2024 at 11:00 a.m.</u>

   Reason for adjournment request: <u>Debtor is requesting an adjournment of these matters so they can be heard at same time as the hearing for final approval of Plan and Disclosure Statement</u>

2. Consent to adjournment:

   ☒   I have the consent of all parties.   ☐   I do not have the consent of all parties (explain below):

   I certify under penalty of perjury that the foregoing is true.

Date: <u>September 4, 2024</u>                            <u>*/s/ Erin J. Kennedy*</u>
                                                                                   Signature

F0225610 - 1

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 9/26/2024 @ 11:00AM   ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**