| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                              Debtor. | Case No.:  23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia |

## ADJOURNMENT REQUEST

1. I, <u>Erin J. Kennedy</u>,

   ☒  am the attorney for: <u>Jose Tobar-Valle, Debtor</u>

   ☐  am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Hearing for final approval of Fourth Modified Plan and Disclosure Statement, Status Conference and Motion for Relief from Stay filed on behalf of Newrez LLC d/b/a Shellpoint Mortgage Servicing [D.I. 82]</u>

   Current hearing date and time: <u>September 26, 2024 at 11:00 a.m.</u>

   New date requested: <u>October 10, 2024 at 11:00 a.m.</u>

   Reason for adjournment request: <u>Debtor is requesting an adjournment to allow additional time to resolve objections to plan.</u>

2. Consent to adjournment:

   ☒  I have the consent of all parties.   ☐  I do not have the consent of all parties (explain below):

   I certify under penalty of perjury that the foregoing is true.

Date: September 24, 2024                                           */s/ Erin J. Kennedy*
                                                                                    Signature

F0226715 - 1

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 10/10/2024 at 11:00am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

F0226715 - 1                                    2