UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

| | |
|---|---|
| In Re: | Case No.: _____23-15001-VFP_____ |
| Jose Tobar Valle, | Chapter: _____11_____ |
| Debtor. | Hearing Date: _____10/10/2024_____ |
| | Judge: _____Papalia_____ |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 136)

_____

Date: 10/08/2024                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*