UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NewRez, et al.

In Re:

Jose Tobar Valle,

Debtor.

Case No.:    23-15001-VFP

Chapter:    11

Hearing Date:    10/10/2024

Judge:    Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 137)

_____

Date: 10/08/2024                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*