UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NewRez, et al.

In Re:

Jose Tobar Valle,

Debtor.

Case No.:         23-15001-VFP

Chapter:                11

Hearing Date:     10/10/2024

Judge:               Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief from Stay re: 45 Llewellyn Aveue (Docket # 82)

_____

Date: 10/08/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*