| |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-11368 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Jose Tobar Valle DBA Abraham General Construction, LLC | Case No: 23-15001-VFP<br><br>Hearing Date: October 10, 2024<br><br>Judge: VINCENT F. PAPALIA<br><br>Chapter: 11 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Objection to Confirmation of Plan [DE 135] filed 9/13/2024 – Consent Order to be Submitted.

Date: <u>October 9, 2024</u>              /s/Matthew Fissel
                                                           Signature

*rev.8/1/15*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| 23-11368 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Jose Tobar Valle DBA Abraham General Construction, LLC | Case No: 23-15001-VFP<br><br>Hearing Date: October 10, 2024<br><br>Judge: VINCENT F. PAPALIA<br><br>Chapter: 11 |

# CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Status Change Form

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 9, 2024                    /s/ *Elizabeth Oliver*
                                                        Elizabeth Oliver

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose Tobar Valle<br>39 Condit Terrace | Debtor | ☐ Hand-delivered |

| Address | Role | Method |
|---|---|---|
| West Orange, NJ 07052 | | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| FORMAN HOLT<br>365 WEST PASSAIC STREET<br>SUITE 400<br>ROCHELLE PARK, NJ 07662 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*