| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-11368 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Jose Tobar Valle DBA Abraham General Construction, LLC | Case No: 23-15001-VFP<br><br>Hearing Date: October 10, 2024<br><br>Judge: VINCENT F. PAPALIA<br><br>Chapter: 11 |

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Matthew Fissel, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Objection to Confirmation of Plan - [135] and filed on September 13, 2024 was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Forman Holt | ☒ Debtor Attorney |
| Jose Tobar Valle | ☒ Debtor |

I certify under penalty of perjury that the foregoing is true.

Date: October 9, 2024                    /s/ Matthew Fissel
                                                       Signature

*New.8/1/18*

1