| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-11368 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | Order Filed on October 11, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jose Tobar Valle DBA Abraham General Construction, LLC | Case No: 23-15001-VFP<br><br>Hearing Date: October 10, 2024<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 11 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: October 11, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-11368 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Jose Tobar Valle DBA Abraham General Construction, LLC | Case No: 23-15001-VFP<br><br>Hearing Date: October 10, 2024<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 11 |

    The Consent Order pertains to the property located at 472 Glebe Street, Orange, NJ 07050 ("Property"), mortgage account ending with "8359";

    This Matter having been brought before the Court by Erin Kennedy, Esquire, attorney for Debtor, Jose Tobar Valle (hereinafter the "Debtor"), upon the filing of a Fourth Modified Combined Plan of Reorganization and Disclosure Statement, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Fourth Modified Combined Plan of Reorganization and Disclosure Statement and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

    1.    The Parties agree that this Consent Order shall be made part of any Confirmation Order.

    2.    The Parties agree that the Effective Date of the Fourth Modified Combined Plan of Reorganization and Disclosure Statement shall be thirty (30) days from the date the Confirmation Order becomes final and non-appealable.

    3.    The Debtor agrees that they shall cure the full amount of the pre-petition arrears listed Creditor's valid secured Proof of Claim (#9), which lists pre-petition arrears totaling $5,853.58, on or before the Effective Date.

4. The Debtor and/or the Debtor's adult children shall complete a refinance of the Property within one hundred and twenty (120) days of the Effective Date, paying Creditor's lien off in full pursuant to a valid payoff letter to be provided by the Creditor good through the closing date of the refinance.

5. The Debtor shall make regular monthly mortgage payments on the first of each month in the current amount of $1,955.17 while Confirmation, the Effective Date and the refinance described above are pending.

6. If the Debtor and/or the Debtor's adult children fail to cure the pre-petition arrears on or before the Effective Date, fail to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, or fail to complete a refinance of the Property within one hundred and twenty (120) days of the Effective Date, then the Creditor may obtain an Order vacating, terminating, and/or annulling the Automatic Stay as to the Property and dismissing the Chapter 11 Bankruptcy as to Creditor only by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.

7. If the Bankruptcy is dismissed or converted to another Chapter, this Consent Order shall be void.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Wells Fargo Bank, N.A.
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: 10/10/2024

DEBTOR
By Their Attorney,

/s/ Erin J. Kennedy
Erin Kennedy, Esquire
Attorney for Debtor
365 West Passaic Street,
Suite 400,
Rochelle Park, NJ 07662
Phone Number: (201) 845-1000
Fax: 201-655-6650
Email: ekennedy@Formanlaw.com

Dated: October 9, 2024

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15001-VFP
Jose Tobar Valle  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Oct 11, 2024　　　　　　　　Form ID: pdf903　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

**Name　　Email Address**

Danielle Cohen
    on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com  jgalano@tessercohen.com

Denise E. Carlon
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7  MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Erin Kennedy
    on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com

Erin Kennedy

on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Kenneth Borger, Jr

on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com

Matthew K. Fissel

on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell

on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti

on behalf of Creditor First Bank rsaldutti@salduttilcollect.com lmarciano@salduttilcollect.com;anovoa@slgcollect.com

Steven Eisenberg

on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com

TOTAL: 14