| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                              Debtor. |

Case No.: 23-15001 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

**NOTICE OF: (A) ORDER CONFIRMING JOSE TOBAR-VALLE'S FOURTH MODIFIED COMBINED PLAN AND DISCLOSURE STATEMENT; (B) EFFECTIVE DATE OF PLAN; AND (C) DEADLINE FOR FILING CERTAIN CLAIMS**

### Entry of Confirmation Order

PLEASE TAKE NOTICE THAT on October 10, 2024, the Bankruptcy Court entered that certain *Findings of Fact, Conclusions of Law and Order Confirming Fourth Modified Combined Plan and Disclosure Statement* [Docket No. 151] (the "**Confirmation Order**"), confirming Small Business Debtor's *Fourth Modified Combined Plan and Disclosure Statement* [Docket No. 129] (as modified, the "**Plan**") filed by Jose Tobar-Valle in this chapter 11 case (the "**Debtor**") pursuant to section 1129 of the Bankruptcy Code. The Confirmation Order can be reviewed at the Office of the Clerk of the United States Bankruptcy Court for the District of New Jersey or upon written request to counsel for the Debtor at the address listed above.

### Effective Date of Plan

PLEASE TAKE FURTHER NOTICE THAT in accordance with the Plan, the Debtor has declared **November 25, 2024** as the Effective Date of the Plan.

### Binding Effect of Plan

PLEASE TAKE FURTHER NOTICE THAT the Plan and its provisions are binding on the Debtor, the Reorganized Debtor, any holder of a Claim against the Debtor and such holder's successors and assigns, whether or not the Claim of such holder is impaired under the Plan and whether or not such holder voted to accept the Plan.

{F0229492 - 1}

**Deadline for Filing Certain Claims**

**Administrative Expense Claims**

PLEASE TAKE FURTHER NOTICE THAT, as set forth in Section 2.1 of the Plan, requests for payment of Administrative Expense Claims that have arisen or will arise in the period from June 8, 2023 through and including the Effective Date must be filed and served on the Debtor and its counsel by the Administrative Expense Bar Date—i.e. no later than thirty (30) days after the Effective Date. FAILURE TO FILE AN ADMINISTRATIVE EXPENSE CLAIM ON OR BEFORE THE DATE SET FORTH HEREIN SHALL RESULT IN SUCH CLAIM BEING FOREVER BARRED AND DISCHARGED AND THE HOLDER OF SUCH CLAIM BEING ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM OR PARTICIPATING IN DISTRIBUTIONS UNDER THE PLAN ON ACCOUNT THEREOF.

**Location for Filing Claims**

PLEASE TAKE FURTHER NOTICE THAT all Administrative Expense Claims must be in writing and filed with the United States Bankruptcy Court of the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102 and served on the Debtor's counsel, Forman Holt, at the address set forth above so as to be *actually received* by 4:00 p.m. (prevailing Eastern Time) on or before the applicable Claim Bar Date. SUCH REQUESTS FOR PAYMENT WILL BE DEEMED FILED ONLY WHEN ACTUALLY RECEIVED BY THE CLERK OF COURT.

ALL PERSONS WHO OR ENTITIES THAT FAIL TO FILE A REQUEST FOR PAYMENT ON OR BEFORE THE APPLICABLE CLAIM BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY SUCH CLAIMS THAT SUCH PERSON OR ENTITY MAY POSSESS AGAINST THE DEBTOR.

FORMAN HOLT
Attorneys Debtor, Jose Tobar-Valle

Dated: October 28, 2024        By: */s/ Erin J. Kennedy*
                                   Erin J. Kennedy

{F0229492 - 1}