Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−15001−VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tobar Valle
   dba Abraham General Construction, LLC
   39 Condit Terrace
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:
   35−2475648

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       2/11/25
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Formanlaw LLC d/b/a Forman Holt, Debtor's Attorney,
period: 2/1/2024 to 12/15/2024

COMMISSION OR FEES
$62,370.00

EXPENSES
$3,203.16.

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 8, 2025
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-15001-VFP

Jose Tobar Valle                                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                                    Page 1 of 4
Date Rcvd: Jan 08, 2025                     Form ID: 137                                                   Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Formanlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| r | + | Realty Empire, Realty Empire, 414 Clifton Avenue, Clifton, NJ 07011-2645 |
| 519940355 | + | Bank of the West, C/O Chiesa Shahinan & Giantomasi, PC, One Boland Drive, West Orange, NJ 07052-3686 |
| 519940359 | + | CIT Bank, C/O Law Offices of Gregory Shields, LLC, 505 S. Lenola Road, Suite 226, Moorestown, NJ 08057-1549 |
| 519940358 | + | Campbell Foundry Company, C/O Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 519940357 | + | Campbell Foundry Company, 800 Bergen Street, Harrison, NJ 07029-2034 |
| 519940360 | + | First Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 520073067 | + | Greg Trif, Esq., O'Toole Scrivo LLC, 14 Village Park Road, Cedar Grove, NJ 07009-1246 |
| 520073069 | + | NGM Insurance Company, 4601 Touchton Road East, Jacksonville, FL 32246-4486 |
| 520134285 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, KML Law Group, P.C., Att: Denise Carlon, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 519980861 | + | Selective Insurance Company of America, c/o McElroy Deutsch, Attn: Adam Schwartz, Esq., 1300 Mt. Kemble Ave., PO Box 2075, Morristown, NJ 07962-2075 |
| 519940364 | + | State of New Jersey, Department of Labor & Worksforce Devvelo, P.O. Box 389, Trenton, NJ 08625-0389 |
| 520073071 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2025 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 08 2025 20:53:47 | AIS Portfolio Services, LLC Attn: Ally Bank Lease, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 08 2025 20:47:00 | Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego,, CA 92108-1619 |
| cr | ^ | MEBN | Jan 08 2025 20:45:00 | Caliber Home Loans, Inc., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 08 2025 20:47:00 | First Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 08 2025 20:47:00 | LakeView Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| cr | ^ | MEBN | Jan 08 2025 20:43:11 | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 21:04:03 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519947862 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 08 2025 20:52:30 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519981382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 08 2025 21:04:39 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519974642 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2025 21:04:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519956007 | + | Email/Text: bkfilings@zwickerpc.com | Jan 08 2025 20:48:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519950897 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2025 20:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519977038 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2025 20:47:00 | Caliber Home Loans, Inc, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519940356 | + | Email/Text: RASEBN@raslg.com | Jan 08 2025 20:47:00 | Calibert Home Loans, C/O RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519984012 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 08 2025 20:47:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520345323 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2025 20:47:00 | Deutsche Bank National Trust Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Deutsche Bank National Trust Company, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520345322 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2025 20:47:00 | Deutsche Bank National Trust Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519980872 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 08 2025 20:46:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519953127 | + | Email/Text: rmcdowell@slgcollect.com | Jan 08 2025 20:47:00 | First Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519967852 | + | Email/Text: RASEBN@raslg.com | Jan 08 2025 20:47:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519989564 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2025 20:47:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519940361 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2025 20:47:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520073068 | ^ | MEBN | Jan 08 2025 20:43:18 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520082262 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2025 20:47:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520082263 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2025 20:47:00 | NewRez LLC, d/b/a Shellpoint Mortgage |

Case 23-15001-VFP    Doc 162    Filed 01/10/25    Entered 01/11/25 00:19:57    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 519940362 | | Email/Text: BKEBN-Notifications@ocwen.com Jan 08 2025 20:46:00 | | PHH Mortgage, P.O. Box 5452, Mount Laurel, NJ 08054-5452 |
| 519948140 | + | Email/Text: ecfbnc@aldridgepite.com Jan 08 2025 20:47:00 | | PHH Mortgage Corporation, c/o Todd S. Garan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519940363 | | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 08 2025 20:47:00 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, Colorado 80129 |
| 520116472 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Jan 08 2025 20:46:00 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519951872 | + | Email/Text: enotifications@santanderconsumerusa.com Jan 08 2025 20:48:00 | | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520073070 | + | Email/Text: usanj.njbankr@usdoj.gov Jan 08 2025 20:47:00 | | United States Attorney, Peter Rodino Federal Building, 970 Broad street, Suite 700, Newark, NJ 07102-2527 |
| 519988971 | + | Email/PDF: ebn_ais@aisinfo.com Jan 08 2025 21:04:04 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519978073 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jan 08 2025 21:04:04 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519940365 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jan 08 2025 21:04:04 | | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519943834 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Cohen | |

| | |
|---|---|
| | on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com jgalano@tessercohen.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erin Kennedy | on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com |
| Erin Kennedy | on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kenneth Borger, Jr | on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor First Bank rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| Steven Eisenberg | on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com |

TOTAL: 14