| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | **Order Filed on February 19, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                  Debtor. | Case No.: 23-15001 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: February 11, 2025<br>Hearing Time: 2:00 p.m. |

## ORDER GRANTING SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT AS ATTORNEYS FOR DEBTOR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2025**

                                                    _____
                                                    **Honorable Vincent F. Papalia**
                                                    **United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | Jose Tobar-Valle |
| Case No: | 23-15001 (VFP) |
| Caption of Order: | Order Granting Second Interim Compensation and Reimbursement of Expenses to Forman Holt, as Attorneys for Debtor |

**THIS MATTER** having been opened to the court upon the application of Forman Holt for second interim compensation and reimbursement of expenses, and the court having considered the application and any objections thereto, and notice and an opportunity for a hearing was given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded second interim compensation for services rendered in the amount of $ 62,370.00  and reimbursement of expenses in the amount of $ 3,203.16  .

{F0223242 - 1}

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-15001-VFP
Jose Tobar Valle  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Feb 20, 2025      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tobar Valle, 39 Condit Terrace, West Orange, NJ 07052-4811 |
| aty | + | Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Danielle Cohen
    on behalf of Creditor CAMPBELL FOUNDRY COMPANY dcohen@tessercohen.com  jgalano@tessercohen.com

Denise E. Carlon
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7  MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-AR7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Erin Kennedy
    on behalf of Plaintiff Jose Tobar Valle ekennedy@formanlaw.com  jkisla@formanlaw.com

Erin Kennedy

on behalf of Debtor Jose Tobar Valle ekennedy@formanlaw.com jkisla@formanlaw.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Kenneth Borger, Jr

on behalf of Creditor LakeView Loan Servicing LLC kborger@raslg.com

Matthew K. Fissel

on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Rebecca K. McDowell

on behalf of Creditor First Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti

on behalf of Creditor First Bank rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com

Steven Eisenberg

on behalf of Creditor Caliber Home Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Creditor Selective Insurance Company of America vshea@mdmc-law.com gbressler@mdmc-law.com

TOTAL: 14