| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on April 25, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtor<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>JOSE TOBAR-VALLE,<br><br>                    Debtor. | Case No.:  23-15001 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia |

## ORDER GRANTING DEBTOR PARTIAL DISCHARGE

The relief set forth on the following page numbered two (2), is hereby ORDERED.

**DATED: April 25, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0245089 - 1

Page 2
Debtors:        Jose Tobar-Valle
Case No.        23-15001 (VFP)
Caption of Case: Order Granting Debtor Partial Discharge

Upon consideration of the motion filed by Jose Tobar-Valle, the Debtor-in-Possession ("Debtor") in the captioned case, seeking entry of an order for partial discharge of individual debtor pursuant to 11 U.S.C. § 1142(d)(5)(B); and the court having considered the declaration submitted on behalf of the Debtor and any responses to the motion; and the court finding that this motion was served on all creditors and parties entering an appearance in the case and the United States Trustee; and for good cause shown, it is hereby

**ORDERED** that the Debtor is granted a partial discharge pursuant to 11 U.S.C. §1141(d)(5)(B) with respect to real property located at 472 Glebe Street, Orange, New Jersey; and it is further

**ORDERED** that 472 Glebe Street, Orange, New Jersey is free and clear of all claims and interest of creditors, equity security holders and of general partners in the Debtor and is only subject to the outstanding mortgage to Wells Fargo and any unsatisfied liens to the State of New Jersey.

F0245089 - 1